UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>Defendants. | Case No. 16-cv-03909-VC<br><br>**ORDER TO SHOW CAUSE** |

Counsel for Taylor is ordered to show cause why this case should not be dismissed for failure to prosecute in light of his failure to submit evidence in opposition to the defendants' summary judgment motion and to appear for the hearing on that motion. Counsel must file a written response to this order by June 11, 2018. A hearing on this order will be held at 10:00 a.m. on June 21, 2018. At that hearing, counsel should be prepared to discuss this order to show cause, and, if the order is lifted, the pending summary judgment motion.

The Clerk's office is directed to serve this order on plaintiff Taylor, in addition to serving it on his counsel.

**IT IS SO ORDERED.**

Dated: May 24, 2018

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>    Defendants. | Case No. 16-cv-03909-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Lee Taylor  J-89634
Level 3, Fac B, Bldg. 9, Cell 138L
Solano State Prison
PO Box 4000
Vacaville, CA 95696-4000

Dated: May 24, 2018

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Kristen Melen, Deputy Clerk to the
                                                Honorable VINCE CHHABRIA